FB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2007 OCT 16 PM 3:15

UNITED STATES OF AMERICA, Plaintiff

vs.

Javier Machorro-Garcia, Et al.

Defendant(s)

CRIMINAL NO. 07MJ8822

ORDER

RELEASING MATERIAL WITNESS

Booking No. 878-726

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Delia Navor-Fuentes
01625-298
@ ICJ

DATED: 10/16/07

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** Sonia Alvarez, Romero

**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95