UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 07MJ8822 |
| vs. | ORDER |
| Javier Machorro-Garcia, et al | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. 878 728 |

On order of the United States District/Magistrate Judge, PETER C. LEWIS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court)

Fernando De La Rosa-Perez
01626-298
@ ICJ

DATED: 10/16/07

PETER C. LEWIS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ________________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk