UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Javier Macharro-Garcia, et al

Defendant(s)

CRIMINAL NO. 07MJ8822

ORDER

RELEASING MATERIAL WITNESS

Booking No. 878 727

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court)

Griselda Rayon-Ramirez
@ 1-2 01627-298

DATED: 10/16/07

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________________ **DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

**by** [signature]

**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95