AO 455 (Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

CHRISTIAN LOZANO-COUTINO

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR 2869 - W

I, CHRISTIAN LOZANO-COUTINO, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on Oct. 16, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

C.K.L.
Defendant

Defense Counsel

Before
Judicial Officer

FILED
OCT 16 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY