GERARD J. WASSON
CALIFORNIA BAR NO 166636
406 Ninth Avenue, Suite 205
San Diego, California 92101
Telephone: (619) 232-0181

Attorney for Defendant Lozano-Coutino

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN LOZANO-COUTINO,<br><br>Defendant. | Case No. 07CR2869-TW<br><br>Date: January 22, 2008<br>Time: 9:00 a.m.<br><br>MOTION FOR ORDER SHORTENING TIME TO FILE DEFENDANT'S SENTENCING MEMORANDUM |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and
REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY

The defendant, Christian Lozano-Coutino, by and through counsel, Gerard J. Wasson, hereby moves this Court for an order shortening time to file DEFENDANT'S SENTENCING MEMORANDUM on Friday, January 18, 2008. Government Counsel has been provided a courtesy copy of this pleading.

DATED: January 18, 2007

/s/ Gerard J. Wasson
GERARD J. WASSON, ESQ.
Attorney for Christian Lozano-Coutino

GERARD J. WASSON
Attorney at Law
California Bar No. 166636
406 Ninth Avenue, Suite 205
San Diego, California 92101
Telephone: (619) 232-0181

Attorney for Defendant Christian Lozano-Coutino

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Crim. No. 07CR2869-TW |
| v. | ) | CERTIFICATE OF SERVICE |
| CHRISTIAN LOZANO-COUTINO, Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, GERARD J. WASSON, am a citizen of the United States and am at least eighteen years of age. My business address is 406 Ninth Avenue, Suite 205, San Diego, California, 92101.

I am not a party to the above-entitled action. I have caused service of the Defendant Raul Gomez-Oviedo's Motion for Order Shortening Time to File his Sentencing Memorandum on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

Assistant United States Attorney Rebecca.kanter@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2008.

/s/ Gerard J. Wasson
GERARD J. WASSON, ESQ.