FILED
JAN 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTIAN LOZANO-COUTINO,<br>Defendant. | Criminal No. 07CR2869-TW<br><br>**ORDER SHORTENING TIME TO FILE DEFENDANT'S SENTENCING MEMORANDUM** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendant's SENTENCING MEMORANDUM may be filed on Friday, January 18, 2008. Counsel for the Government has been served with a courtesy copy of the pleading.

**SO ORDERED.**

DATED: 1/22/08

**HONORABLE THOMAS J. WHELAN**
**Judge of the U.S. District Court**